```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NASHEEN STROUD,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

13 Civ. 3251 (AT)(JCF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

      On May 14, 2013, Plaintiff, Nasheen Stroud, filed this action under 42 U.S.C. §§ 405(g) and 1383(c)(3), seeking judicial review of the final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's claims for Supplemental Security Income and disability insurance benefits. On August 1, 2013, the Court referred the matter to Magistrate Judge James C. Francis IV. The parties subsequently cross-moved for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

      After careful consideration, Magistrate Judge Francis issued a Report and Recommendation (the "R & R"), proposing that Defendant's motion be denied, Plaintiff's motion be granted, and the case be remanded to the Commissioner. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *E.g.*, *Molina v. Colvin*, 13 Civ. 4701, 2014 WL 3925303, at *1 (S.D.N.Y. Aug. 7, 2014). The Court finds no clear error.

      Accordingly, the Court ADOPTS the R & R in its entirety. Defendant's motion is DENIED and Plaintiff's motion is GRANTED. Pursuant to the fourth sentence of § 405(g), the case is REMANDED to the Commissioner for further proceedings consistent with the R & R.

      The Clerk of Court is directed to terminate the motions at ECF Nos. 21 and 23 and to close the case.

      SO ORDERED.

Dated: September 8, 2014
       New York, New York

                                        ANALISA TORRES
                               United States District Judge